**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                         415.522.2000

**April 6, 2012**

**CASE NUMBER:  CV 12-01645 LB**
**CASE TITLE:  SORAYA ROSS-v-SIOUX HONEY ASSOC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/6/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                 Entered in Computer 4/6/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA