1  Paul R. Kiesel, Esq. (SBN 119854)
   kiesel@kbla.com
2  Jeffrey A. Koncius, Esq. (SBN 189803)
   koncius@kbla.com
3  **KIESEL BOUCHER LARSON LLP**
4  8648 Wilshire Boulevard
   Beverly Hills, CA 90211
5  Telephone: (310) 854-4444
   Facsimile:  (310) 854-0812
6

7  Attorneys for Plaintiff SORAYA ROSS, individually
   and on behalf of all others similarly situated
8
   **(Additional counsel listed on signature page)**
9
                       **UNITED STATES DISTRICT COURT**
10                     **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
11

12 SORAYA ROSS, individually and on behalf of ) Case No.:  CV 12-1645 EMC
   all others similarly situated,              )
13                                             ) **STIPULATION CONCERNING**
                      Plaintiff,               ) **EXTENSION OF TIME FOR PLAINTIFF**
14                                             ) **ROSS TO FILE AN OPPOSITION TO**
         vs.                                   ) **DEFENDANT'S MOTION TO DISMISS**
15                                             ) **AND [PROPOSED] ORDER**
                                               )
16 SIOUX HONEY ASSOCIATION,                    )
   COOPERATIVE, an Iowa Entity,                )
17                                             ) Judge: Hon. Edward M. Chen
                      Defendant.               )
18                                             ) Complaint Filed:  April 2, 2012
                                               )
19                                             )
20 _____)

21      **WHEREAS**, Plaintiff Ross's Opposition to Defendant's Motion to Dismiss Plaintiff's

22 Second Amended Complaint is currently due to be filed on August 13, 2012;

23      **WHEREAS**, during the case management conference conducted by the Court on August

24 10, 2012, Plaintiff's counsel informed the Court that Plaintiff Ross intended to request that

25 Defendant stipulate to allowing Plaintiff to file and serve Plaintiff's Third Amended Class Action

26 Complaint in order to address certain issues raised by Defendant's Motion to Dismiss relating to

27 preemption and certain other issues;

28      **WHEREAS**, Defendant's counsel responded that it would evaluate Plaintiff's request

                                              1
**STIPULATION CONCERNING EXTENSION OF TIME FOR PLAINTIFF ROSS TO
FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

with Defendant and would promptly inform the Court and Plaintiff's counsel whether Defendant was willing to stipulate to allowing Plaintiff Ross to file a Third Amended Class Action Complaint;

**WHEREAS**, the parties mutually agree that they require a brief period of time for Defendant to evaluate Plaintiff's request and to meet and confer further after Defendant has considered Plaintiff's proposed Third Amended Class Action Complaint;

**IT IS HEREBY STIPULATED AND ORDERED THAT:**

1. Plaintiff's deadline to file Plaintiff's Opposition to Defendant's Motion to Dismiss is hereby extended from August 13, 2012 to August 20, 2012 and the deadline to file Defendant's Reply in support of the Motion to Dismiss is hereby extended from August 20, 2012 to August 27, 2012.

2. In the event that Defendant is willing to stipulate to allowing Plaintiff Ross to file a Third Amended Class Action Complaint, Defendant shall promptly inform Plaintiff of Defendant's willingness to do so and the parties shall jointly execute a stipulation reflecting such agreement and file that Stipulation with the Court on August 20, 2012, along with Plaintiff's Third Amended Complaint.

3. In the event Defendant is not willing to stipulate to allowing Plaintiff Ross to file a Third Amended Class Action Complaint, Plaintiff shall file her: (i) Motion for Leave to File Plaintiff's Third Amended Class Action Complaint along with Plaintiff's [Proposed] Third Amended Class Action Complaint as an Exhibit thereto, and (ii) Plaintiff's Opposition To Defendant's Motion to Dismiss for the Court's consideration on August 20, 2012.

DATED: August 13, 2012          KIESEL BOUCHER LARSON LLP

                                By:      */s/ Paul R. Kiesel*
                                    Paul R. Kiesel, Esq.
                                    Jeffrey A. Koncius, Esq.
                                    8648 Wilshire Boulevard
                                    Beverly Hills, CA 90211
                                    Tel.:   (310) 854-4444
                                    Fax:    (310) 854-0812

| | |
|---|---|
| 1 | Paul O. Paradis, Esq. |
| 2 | Gina M. Tufaro, Esq. |
|   | Mark A. Butler, Esq. |
| 3 | HORWITZ, HORWITZ & PARADIS, Attorneys at Law |
| 4 | 570 7th Avenue, 20th Floor |
|   | New York, NY 10018 |
| 5 | Tel.:   (212) 986-4500 |
|   | Fax:   (212) 986-4501 |

Joseph J. M. Lange, Esq.
JOSEPH J. M. LANGE
LAW CORPORATION
222 North Sepulveda Blvd. Suite 2000
El Segundo, CA 90245
Tel.:   (310) 414-1880
Fax:   (310) 414-1882

Attorneys for Plaintiff

DATED: August 13, 2012          HINSHAW & CULBERSON LLP

By:    /s/ David I. Dalby
David Ian Dalby
One California Street, 18th Floor
San Francisco, CA  94111
General 415-362-6000
Mobile   415-250-0910
Fax      415-834-9070

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  8/14/12

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

---

3

**STIPULATION CONCERNING EXTENSION OF TIME FOR PLAINTIFF ROSS TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND [PROPOSED] ORDER**