1  Paul R. Kiesel, Esq. (SBN 119854)
   kiesel@kbla.com
2  Jeffrey A. Koncius, Esq. (SBN 189803)
   koncius@kbla.com
3  **KIESEL BOUCHER LARSON LLP**
4  8648 Wilshire Boulevard
   Beverly Hills, CA 90211
5  Telephone: (310) 854-4444
   Facsimile:  (310) 854-0812
6

7  Attorneys for Plaintiff SORAYA ROSS, individually
   and on behalf of all others similarly situated
8
   **(Additional counsel listed on signature page)**
9
                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
11

12 | SORAYA ROSS, individually and on behalf of ) **Case No.:  CV 12-1645 EMC**
13 | all others similarly situated,              )
   |                                             ) **STIPULATION CONCERNING**
14 |                 Plaintiff,                  ) **EXTENSION OF TIME FOR**
   |                                             ) **DEFENDANT TO FILE ITS**
15 |         vs.                                 ) **RESPONSIVE PLEADING TO**
   |                                             ) **PLAINTIFF'S THIRD AMENDED CLASS**
16 |                                             ) **ACTION COMPLAINT;  [P̶R̶O̶P̶O̶S̶E̶D̶]**
   | SIOUX HONEY ASSOCIATION,                    ) **ORDER**
17 | COOPERATIVE, an Iowa Entity,                )
   |                                             )
18 |                 Defendant.                  ) Judge: Hon. Edward M. Chen
   |                                             )
19 |                                             ) Complaint Filed:  April 2, 2012
   |                                             )
20

21         **WHEREAS**, on September 11, 2012, Plaintiff filed Plaintiff's Third Amended Class

22 Action Complaint (the "TAC");

23         **WHEREAS**, on September 24, 2012, Defense counsel informed Plaintiff's counsel that

24 Defendant needed additional time to respond to the TAC due to a family emergency that required

25 defense counsel to travel out of state;

26         **WHEREAS**, the deadline for Defendant Sioux Honey Association, Cooperative to

27 answer or otherwise respond to the TAC was September 25, 2012;

28         **WHEREAS**, counsel for the parties have met and conferred regarding an extension of

time for Defendant to answer or otherwise respond to the TAC and a corresponding extension of time for Plaintiff to file her opposition to any motion filed by Defendant should it file a pleading other than an Answer to the TAC;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Defendant's deadline to answer or otherwise respond to the TAC is hereby extended from September 25, 2012 to October 12, 2012;

2. In the event that Defendant files a motion to dismiss the TAC, Plaintiff's opposition to such motion shall be filed fourteen days after the deadline for such opposition to be filed pursuant to the Local Rules and the Defendant's deadline for a reply shall be calculated from the date that such opposition is filed.

DATED: September 26, 2012                KIESEL BOUCHER LARSON LLP

By:      */s/ Jeffrey A. Koncius*
Paul R. Kiesel, Esq.
Jeffrey A. Koncius, Esq.
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel.:    (310) 854-4444
Fax:    (310) 854-0812

Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
HORWITZ, HORWITZ & PARADIS, Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel.:    (212) 986-4500
Fax:    (212) 986-4501

1  Joseph J. M. Lange, Esq.
   JOSEPH J. M. LANGE
2  LAW CORPORATION
   222 North Sepulveda Blvd. Suite 2000
3  El Segundo, CA 90245
   Tel.:   (310) 414-1880
4  Fax:   (310) 414-1882

5  Attorneys for Plaintiff Ross

6  DATED: September 26, 2012        HINSHAW & CULBERTSON LLP

7
                                    By:     /s/ David I. Dalby
8                                   David Ian Dalby
                                    One California Street, 18th Floor
9                                   San Francisco, CA  94111
                                    General 415-362-6000
10                                  Mobile   415-250-0910
                                    Fax      415-834-9070
11

12                                  Attorneys for Defendant

13

14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16  DATED:  September __27__, 2012

17

18  _____
    EDWARD M. CHEN
19  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*