Paul R. Kiesel, State Bar No. 119854
  kiesel@kbla.com
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kbla.com
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:    310-854-4444
Fax:    310-854-0812
Paul O. Paradis, Esq., *Pro Hac Vice*
  pparadis@hhplawny.com
Gina M. Tufaro, Esq., *Pro Hac Vice*
  gtufaro@hhplawny.com
Mark A. Butler, Esq.
  mbutler@hhplawny.com
HORWITZ, HORWITZ & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:    212-986-4500
Fax:    212-986-4501

Attorneys for Plaintiff SORAYA ROSS,
individually and on behalf of all others similarly
situated

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SORAYA ROSS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SIOUX HONEY ASSOCIATION, COOPERATIVE, an Iowa Entity, <br><br> Defendant. | **Case No.:  CV 12-1645 EMC** <br><br> **STIPULATION RE EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT; [P~~R~~OPOSED] ORDER** <br><br> Judge: Hon. Edward M. Chen <br><br> Complaint Filed:  April 2, 2012 |

**WHEREAS**, on September 11, 2012, Plaintiff filed Plaintiff's Third Amended Class Action Complaint (the "TAC");

**WHEREAS**, on September 26, 2012, the parties filed a stipulation requesting the Court to extend the time for Defendant to answer or otherwise respond to the TAC from September 25, 2012 to October 12, 2012;

**WHEREAS**, on September 27, 2012, the Court granted the requested extension;

**WHEREAS**, on October 9, 2012, Defendant filed its Motion to Dismiss the TAC ("Motion to Dismiss");

**WHEREAS**, the deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss ("Opposition") is October 23, 2012;

**WHEREAS**, the deadline for Defendant to file its reply in support of the Motion to Dismiss ("Reply") is October 30, 2012;

**WHEREAS**, in order to accommodate a change in the schedule of Plaintiff's Counsel, Plaintiff requires additional time to oppose the Motion to Dismiss;

**WHEREAS**, counsel for the parties have met and conferred regarding an extension of time for Plaintiff to file her Opposition and a corresponding extension of time for Defendant to file its Reply;

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The deadline to file Plaintiff's Opposition is extended from October 23, 2012, to October 30, 2012;
2. The deadline to file Defendant's Reply is extended from October 30, 2012 to November 6, 2012.

DATED: October 23, 2012          KIESEL BOUCHER LARSON LLP

By:     */s/ Paul R. Kiesel*
Paul R. Kiesel, Esq.
Jeffrey A. Koncius, Esq.
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel.:   (310) 854-4444
Fax:   (310) 854-0812

```
                                        Paul O. Paradis, Esq.
                                        Gina M. Tufaro, Esq.
                                        Mark A. Butler, Esq.
                                        HORWITZ, HORWITZ &
                                        PARADIS, Attorneys at Law
                                        570 7th Avenue, 20th Floor
                                        New York, NY 10018
                                        Tel.:   (212) 986-4500
                                        Fax:    (212) 986-4501

                                        Joseph J. M. Lange, Esq.
                                        JOSEPH J. M. LANGE
                                        LAW CORPORATION
                                        222 North Sepulveda Blvd. Suite 2000
                                        El Segundo, CA 90245
                                        Tel.:   (310) 414-1880
                                        Fax:    (310) 414-1882

                                        Attorneys for Plaintiff Ross
```

DATED: October 23, 2012            HINSHAW & CULBERTSON LLP

                                   By:       */s/ David I. Dalby*
                                        David Ian Dalby
                                        One California Street, 18th Floor
                                        San Francisco, CA 94111
                                        Tel.:   (415) 362-6000
                                        Fax:    (415) 834-9070

                                        Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __October 24, 2012_____

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3   CV 12-1645 EMC
    STIPULATION RE EXTENSION OF TIME TO
    FILE OPPOSITION TO MOTION TO DISMISS