Paul R. Kiesel, State Bar No. 119854
   *kiesel@kbla.com*
Jeffrey A. Koncius, State Bar No. 189803
   *koncius@kbla.com*
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812
Paul O. Paradis, Esq., *Pro Hac Vice*
   *pparadis@hhplawny.com*
Gina M. Tufaro, Esq., *Pro Hac Vice*
   *gtufaro@hhplawny.com*
Mark A. Butler, Esq.
   *mbutler@hhplawny.com*
HORWITZ, HORWITZ & PARADIS,
Attorneys at Law
570 7th Avenue, 20th Floor
New York, NY 10018
Tel:   212-986-4500
Fax:   212-986-4501

Attorneys for Plaintiff SORAYA ROSS,
individually and on behalf of all others similarly
situated

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SORAYA ROSS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE, an Iowa Entity,<br><br>          Defendant. | **Case No.: CV 12-1645 EMC**<br><br>**STIPULATION RE EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT; [PROPOSED] ORDER**<br><br>Judge: Hon. Edward M. Chen<br><br>Complaint Filed: April 2, 2012 |

1  **WHEREAS**, on September 11, 2012, Plaintiff filed Plaintiff's Third Amended Class
2  Action Complaint (the "TAC");
3  **WHEREAS**, on September 26, 2012, the parties filed a stipulation requesting the Court
4  to extend the time for Defendant to answer or otherwise respond to the TAC from September 25,
5  2012 to October 12, 2012;
6  **WHEREAS**, on September 27, 2012, the Court granted the requested extension;
7  **WHEREAS**, on October 9, 2012, Defendant filed its Motion to Dismiss the TAC
8  ("Motion to Dismiss");
9  **WHEREAS**, the deadline for Plaintiff to file her opposition to Defendant's Motion to
10 Dismiss ("Opposition") is October 23, 2012;
11 **WHEREAS**, the deadline for Defendant to file its reply in support of the Motion to
12 Dismiss ("Reply") is October 30, 2012;
13 **WHEREAS**, in order to accommodate a change in the schedule of Plaintiff's Counsel,
14 Plaintiff requires additional time to oppose the Motion to Dismiss;
15 **WHEREAS**, counsel for the parties have met and conferred regarding an extension of
16 time for Plaintiff to file her Opposition and a corresponding extension of time for Defendant to
    file its Reply;
17 **IT IS HEREBY STIPULATED AND AGREED THAT:**
18 1.  The deadline to file Plaintiff's Opposition is extended from October 23, 2012,
19     to October 30, 2012;
20 2.  The deadline to file Defendant's Reply is extended from October 30, 2012 to
21     November 6, 2012.

23 DATED: October 23, 2012           KIESEL BOUCHER LARSON LLP

24                                  By:    */s/ Paul R. Kiesel*
                                    Paul R. Kiesel, Esq.
25                                  Jeffrey A. Koncius, Esq.
                                    8648 Wilshire Boulevard
26                                  Beverly Hills, CA 90211
                                    Tel.:   (310) 854-4444
27                                  Fax:    (310) 854-0812
28

                                                   CV 12-1645 EMC
                                        2   STIPULATION RE EXTENSION OF TIME TO
                                            FILE OPPOSITION TO MOTION TO DISMISS

|   |   |
|---|---|
| 1 | Paul O. Paradis, Esq. |
| 2 | Gina M. Tufaro, Esq. |
|   | Mark A. Butler, Esq. |
| 3 | HORWITZ, HORWITZ & PARADIS, Attorneys at Law |
| 4 | 570 7th Avenue, 20th Floor |
|   | New York, NY 10018 |
| 5 | Tel.:   (212) 986-4500 |
|   | Fax:   (212) 986-4501 |

Joseph J. M. Lange, Esq.
JOSEPH J. M. LANGE
LAW CORPORATION
222 North Sepulveda Blvd. Suite 2000
El Segundo, CA 90245
Tel.:   (310) 414-1880
Fax:   (310) 414-1882

Attorneys for Plaintiff Ross

DATED: October 23, 2012          HINSHAW & CULBERTSON LLP

By:      */s/ David I. Dalby*
David Ian Dalby
One California Street, 18th Floor
San Francisco, CA  94111
Tel.:   (415) 362-6000
Fax:   (415) 834-9070

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  **October 24, 2012**
_____

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

3    CV 12-1645 EMC
STIPULATION RE EXTENSION OF TIME TO
FILE OPPOSITION TO MOTION TO DISMISS