UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA ROSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE,<br><br>Defendant._____ / | No. C-12-1645 EMC<br><br>**JUDGMENT IN A CIVIL CASE** |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT filed on January 14, 2013.** The Clerk of the Court is directed to close the file in this case.

Dated: January 14, 2013

_____
EDWARD M. CHEN
United States District Judge